COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

GUILLERMO CARDENAS, §

Appellant, §

v. §

THE STATE OF TEXAS, §

Appellee. §

§

No. 08-08-00206-CR

Appeal from the

County Court at Law No. Four

of El Paso County, Texas

(TC#20070C05666)

## MEMORANDUM OPINION

This is an appeal from a jury conviction for the offense of assault causes bodily injury family violence. TEX.PENAL CODE ANN. § 22.01(a)(1)(Vernon Supp. 2008). The court assessed confinement for 150 days. We affirm.

Appellant's court-appointed counsel has filed a brief in which she has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied*, 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex.Crim.App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex.Crim.App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex.Crim.App. 1969).

A copy of counsel's brief and the appellate record have been delivered to Appellant, and Appellant has been advised of his right to file a pro se brief. No pro se brief has been filed.

We have carefully reviewed the record and counsel's brief and agree that the appeal is wholly

frivolous and without merit.  Further, we find nothing in the record that might arguably support the appeal.

The judgment is affirmed.


GUADALUPE RIVERA, Justice

June 3, 2009

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)